1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL TITUS MBAT-ESSIEN, | Case No. 2:23-cv-01306-MWF-PD |
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| W.Z. JENKINS, II, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge.  Petitioner filed objections to the Report and Recommendation (Docket No. 13).

The Court reviewed the objections and engaged in a *de novo* review of those portions of the report to which Petitioner has objected.  The objections are not wild – they address the central conclusion of the Report and Recommendation that Petitioner failed to engage in the required exhaustion.  Nonetheless, the objections do not persuade this Court that the Magistrate Judge was incorrect.  The Court therefore accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

1       Accordingly, the Petition is dismissed without prejudice. Judgment shall be so entered.

      IT IS SO ORDERED.

Dated: June 28, 2023

                            MICHAEL W. FITZGERALD
                            United States District Judge