JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL TITUS MBAT-ESSIEN,<br><br>Petitioner,<br><br>v.<br><br>W.Z. JENKINS, II, Warden,<br><br>Respondent. | Case No. 2:23-cv-01306-MWF-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated: June 28, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge